IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00883-RPM

SAFECO INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

JANICE REES,
BRENT JUSTIN GALE, and
ZACHARY KEEGAN SNYDER,

    Defendants.

---

ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

---

    Upon consideration of Plaintiff's Unopposed Motion for Leave to Amend Complaint [15], filed on June 30, 2009, it is

    ORDERED that the motion is granted and the First Amended Complaint for Declaratory Judgment attached thereto is accepted for filing.

    Dated:  July 1st, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge