IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00883-RPM

SAFECO INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

JANICE REES,
BRENT JUSTIN GALE, and
ZACHARY KEEGAN SNYDER,

    Defendants.

___

ORDER FOR STATUS REPORT
___

On July 14, 2009, this Court entered an order for stay pending resolution of the underlying action, Case Number 2009 CV 4124 in the District Court, Mesa County, Colorado. Nothing further has been filed and it is now

ORDERED that counsel shall file a status report with this court on or before August 13, 2010.

Dated: August 3rd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge