IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00883-RPM

SAFECO INSURANCE COMPANY OF AMERICA,

    Plaintiff,
v.

JANICE REES,
BRENT JUSTIN GALE, and
ZACHARY KEEGAN SNYDER,

    Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANTS JANICE REES AND ZACHARY KEEGAN SNYDER

---

Pursuant to the Stipulation for Dismissal with Prejudice [29], filed on September 29, 2010, it is

ORDERED that the complaint is dismissed with prejudice as to defendants Janice Rees and Zachary Keegan Snyder, each party to bear their attorneys fees and costs.

Dated: September 29th, 2010

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge