IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00883-RPM

SAFECO INSURANCE COMPANY OF AMERICA,

 Plaintiff,

v.

BRENT JUSTIN GALE,

 Defendant.

---

ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING COMPLAINT

---

 Pursuant to the Notice of Dismissal of Defendant Brent Justin Gale [32], filed on October 4, 2010, it is

 ORDERED that the Order to Show Cause entered by this Court on September 30, 2010, is discharged and it is

 FURTHER ORDERED that the complaint against Brent Justin Gale is dismissed.

 Dated: October 5th, 2010

         BY THE COURT:

         s/Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge